Prob 12B

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

## PETITION TO MODIFY THE CONDITIONS OR TERM OF SUPERVISION
## WITH CONSENT OF THE OFFENDER
*(Probation Form 49, Waiver of Hearing, is on file)*

| | |
|---|---|
| **Offender Name:** | Peggy Ann Hackett |
| **Docket Number:** | 1:05CR00493 AWI |
| **Offender Address:** | Merced, California |
| **Judicial Officer:** | Honorable Anthony W. Ishii<br>Senior United States District Judge<br>Fresno, California Honorable |
| **Original Sentence Date:** | March 22, 2004 (District of Arizona Docket No. CR 00-00600-021-PHX-SMM) |
| **Original Offense:** | <u>Count 1</u>: 18 USC 371, Conspiracy (CLASS D FELONY)<br><u>Counts 2 & 3</u>: 18 USC 2314, Interstate Transportation of Stolen Goods (CLASS C FELONY) |
| **Original Sentence:** | 60 months probation; $300 special assessment; $75,000 fine; mandatory drug testing. |
| **Special Conditions:** | 1) Search; 2) Financial disclosure; 3) Financial restrictions; 4) Cooperate with IRS; 5) Firearm restrictions; 6) Serve 5 months electronic monitoring; and 7) Complete 250 hours of community service. |
| **Type of Supervision:** | Probation supervision |
| **Supervision Commenced:** | March 22, 2004 |
| **Assistant U.S. Attorney:** | Mark E. Cullers   **Telephone:** (559) 497-4000 |
| **Defense Attorney:** | Marc Ament   **Telephone:** (559) 487-5561 |

**RE:**  **HACKETT, Peggy Ann**
**Docket Number: 1:05CR00493 AWI**
**PETITION TO MODIFY THE CONDITIONS OR TERM**
**OF SUPERVISION WITH CONSENT OF THE OFFENDER**

**Other Court Action:**

| | |
|---|---|
| **11/07/2005:** | Probation Form 12B signed by the District of Arizona Court modifying supervision conditions to include mental health treatment. |
| **12/06/2005:** | Transfer of jurisdiction from District of Arizona accepted by the Eastern District Court Case No. 1:06CR00493. |
| **10/26/2006:** | Probation Form 12A signed by the Court, no adverse action recommended based on new law violation and irregular fine payments. |

**PETITIONING THE COURT**

**To modify the conditions of supervision as follows:**

As directed by the probation officer, the defendant shall participate in a correctional treatment program (inpatient or outpatient) to obtain assistance for drug or alcohol abuse.

As directed by the probation officer, the defendant shall participate in a program of testing (i.e. breath, urine, sweat patch, etc.) to determine if she has reverted to the use of drugs or alcohol.

As directed by the probation officer, the defendant shall participate in a co-payment plan for treatment or testing and shall make payment directly to the vendor under contract with the United States Probation Office of up to $25 per month.

**Justification:**  The offender has been on probation supervision since March 22, 2004. She was originally sentenced in the District of Arizona and, since she had no intentions of returning to Arizona, jurisdiction was transferred to our district. As a standard condition of her supervision, she is required to submit to mandatory drug testing, as directed from time to time by the probation

RE:     HACKETT, Peggy Ann
        Docket Number: 1:05CR00493 AWI
        **PETITION TO MODIFY THE CONDITIONS OR TERM**
        **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

officer. Although the offender is subject to mandatory testing, she does not have a special condition to participate in drug testing, which would allow random testing at our local testing facilities.

On November 12, 2008, the offender submitted a random drug test that returned positive for use of amphetamine/methamphetamine and Hydrocodone. The offender stated she made the decision to use methamphetamine with a friend and will accept the consequences of her actions. She acknowledged making a mistake and using bad judgement. In regards to the positive result for Hydrocodone, she suffers from back problems and has a prescription for Vicodin. On November 21, 2008, the offender submitted a drug test which returned negative for drug use. In order to monitor any future drug use and address any substance abuse issues, it is recommended the Court modify her supervision conditions to include substance abuse testing and treatment. Although, the offender will not be referred to substance abuse counseling at this time, she has been referred to mental health counseling.

Therefore, this officer is recommending the Court modify her conditions of supervision to reflect the above special conditions. Attached is the signed "Waiver of Hearing to Modify Conditions of Supervised Release..." As a result of the modification submitted to the Court, it recommended that no other action be taken on these violations unless the Court directs otherwise. The offender has no objection with the modification and is aware that any additional noncompliance may result in further Court action.

**RE:     HACKETT, Peggy Ann**
**Docket Number: 1:05CR00493 AWI**
**PETITION TO MODIFY THE CONDITIONS OR TERM**
**OF SUPERVISION WITH CONSENT OF THE OFFENDER**

Respectfully submitted,

/s/ Marlene K. DeOrian

**Marlene K. DeOrian**
**Senior United States Probation Officer**
Telephone:  559-499-5729


**DATED:**     December 3, 2008
                Fresno, California
                MKD


**REVIEWED BY:**      /s/ Mike W Armistead for Hubert J. Alvarez
                     **Hubert J. Alvarez**
                     **Supervising United States Probation Officer**

RE:    **HACKETT, Peggy Ann**
**Docket Number: 1:05CR00493 AWI**
**PETITION TO MODIFY THE CONDITIONS OR TERM**
**OF SUPERVISION WITH CONSENT OF THE OFFENDER**

---

**THE COURT ORDERS:**

( **X** )    Modification approved as recommended.

(  )    Modification not approved at this time.  Probation Officer to contact Court.

(  )    Other:


cc:    United States Probation
        Assistant United States Attorney
        Assistant Federal Defender
        Defendant
        Court File

IT IS SO ORDERED.

**Dated:**   **December 5, 2008**                  /s/ Anthony W. Ishii
                                                    CHIEF UNITED STATES DISTRICT JUDGE